Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL II VERANO

| MIRELSA ROSARIO<br><br>Recurrida<br><br>V.<br><br>MUNICIPIO DE MANATÍ Y OTROS<br><br>Peticionarios | TA2025CE00237 | *Apelación*<br>Procedente del Tribunal de Primera Instancia, Sala Superior de Arecibo<br><br>Civil Núm.: MT2025CV00329<br><br>Sobre: Injunction |
|---|---|---|

Panel integrado por su presidenta, la juez Brignoni Mártir, el juez Salgado Schwarz y la jueza Álvarez Esnard[1]

**Brignoni Mártir, Juez Ponente**

### RESOLUCIÓN

En San Juan, Puerto Rico, a 1 de agosto de 2025.

Comparece la parte peticionaria, Municipio de Manatí y el Alcalde mediante este recurso discrecional de *Certiorari*, solicitando nuestra intervención a los fines de revocar una *Resolución* emitida el 22 de julio de 2025 y notificada por el Tribunal de Primera Instancia, Sala de Arecibo, (TPI) el 23 de julio de 2025, mediante la cual el Tribunal declaró *No Ha Lugar* la *Desestimación al Amparo de la Regla 10.2 (5) de las de Procedimiento Civil*.

Hemos deliberado los méritos del recurso y concluimos declinar la invitación a intervenir con la decisión del TPI. A pesar de que este Tribunal de Apelaciones no tiene que fundamentar su determinación al denegar un recurso de *Certiorari*, en ánimo de que no quede duda en la mente de las partes sobre los fundamentos al denegar ejercer nuestra facultad revisora, abundamos.

Luego de evaluar detenidamente el expediente ante nos, no encontramos indicio de que el foro recurrido haya actuado de forma

---

[1] Véase Orden Administrativa OATA-2025-125.

arbitraria, caprichosa, haya abusado al ejercer su discreción, o cometido algún error de derecho. *Trans-Oceanic Life Ins. v. Oracle Corp.*, 184 DPR 689, 709 (2012).

Además, no identificamos fundamentos jurídicos que nos muevan a expedir el auto de *Certiorari* solicitado, conforme a los criterios que guían nuestra discreción para ejercer nuestra facultad revisora en este tipo de recurso. Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Por los fundamentos antes expresados, ***denegamos*** la expedición del auto de *Certiorari* solicitado, así como la solicitud en auxilio de jurisdicción.

**Notifíquese inmediatamente.**

Lo acuerda el Tribunal y lo certifica la secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones